■ RALPH COCHRANE, Appellant, v. TOWN OF GATES, Respondent.— Same decision and like cause of action as in companion case of *Cochrane* v. *Town of Gates* (18 A D 2d 1048).